AO 10*
Rev. 1/2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Houser, Barbara J. | US Bky Ct; No Dst of Tx | 04/18/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

1254 Earle Cabell Federal Bldg
1100 Commerce Street
Dallas, TX 75242-1496

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Family Present Interest Trust |
| 2. Fellow | National Bankruptcy Conference |
| 3. Fellow | American College of Bankruptcy |
| 4. Fellow | American Bar Foundation |
| 5. Fellow | Texas Bar Foundation |
| 6. Master | John C. Ford American Inn of Court |
| 7. Member; Member of Board of Directors and Executive Committe of such Board | American Bankruptcy Institute |
| 8. Vice Chair of Board of Directors | Dallas Legal Hospice n/k/a Legal Hospice of Texas |
| 9. Member, Member of Board of Governors | National Conference of Bankruptcy Judges |
| 10. Member, Executive Board | SMU Dedman College of Law |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/18/2017 |

2. _____

3. _____

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/18/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institiute | February 3-6 | San Juan, Puerto Rico | Attend meeting of Executive Committee of Board and attend conference | Transportation, Lodging, and Meals |
| 2. | Center for American and International Law | February 25 | New Orleans, LA | Speak at bankruptcy conference | Transportation, Lodging, and Meals |
| 3. | American Bankruptcy Institute | March 6-8 | New York City, NY | Judge moot court competition | Transportation, Lodging, and Meals |
| 4. | National Conference of Bankruptcy Judges | March 15 | Fort Worth, TX | Attend mid-year meeting of Board of Governors | Transportation |

| 5. | American College of Bankruptcy | April 1-3 | Austin, TX | Attend and speak at educational program | Transportation, Lodging and Meals |
|---|---|---|---|---|---|
| 6. | American Bankruptcy Institute | April 13-16 | Washington DC | Attend ABI Ex. Comm meeting, Board meeting and speak at bankruptcy conference | Transportation, Lodging, and Meals |
| 7. | American Bankruptcy Institute | June 27-28 | Washington DC | Attend meeting of Executive Committee of Board | Transportaion, Lodging, and Meals |
| 8. | American Bankruptcy Institute | September 7-9 | Las Vegas, NV | Attend meeting of Executive Committee of Board | Transportation, Lodging, and Meals |
| 9. | National Conference of Bankruptcy Judges | October 25-29 | San Francisco, CA | Attend annual meeting of NCBJ | Transportation, Lodging, and Meals |
| 10. | American Bankruptcy Institute | November 30-December 3 | Los Angeles, CA | Attend meeting of Executive Committee and speak at bankruptcy conference | Transportation, Lodging, and Meals |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/18/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Technical Communications common stock | A | Dividend | J | T | | | | | |
| 2. Bank of America (various accounts) | A | Interest | K | T | | | | | |
| 3. Wells Fargo (checking account) | A | Interest | J | T | | | | | |
| 4. Capital One Checking and saving accounts | B | Interest | M | T | | | | | |
| 5. Family Present Interest Trust for Nephew | | None | | | | | | | |
| 6. Wal-Mart Stores, Inc. common stock | A | Dividend | K | T | | | | | |
| 7. Discover Bank CD | A | Interest | | | Redeemed | 01/12/16 | M | | |
| 8. Nexity Bank CDs n/k/a Alostar Bank | C | Interest | M | T | Redeemed (part) | 10/27/16 | M | | |
| 9. GMAC Bank (various accounts and CDs) n/k/a Ally Bank | C | Interest | M | T | Redeemed (part) | 03/21/16 | J | | |
| 10. Am Trust Direct n/k/a New York Community Bank money market | B | Interest | M | T | | | | | |
| 11. Patriot Bank CDs | B | Interest | | | Redeemed | 10/13/16 | M | | |
| 12. Equity Bank CDs n/k/a Triumph Savings Bank n/k/a TBK Bank | B | Interest | M | T | | | | | |
| 13. Salem 5 Savings and Checking accounts | A | Interest | M | T | | | | | |
| 14. Colorado Federal Savings Bank Money Market | B | Interest | M | T | | | | | |
| 15. First National Bank of Omaha Money Market | A | Interest | M | T | | | | | |
| 16. Eloan Bank CD | B | Interest | M | T | Open | 01/22/16 | M | | |
| 17. Popular Direct Savings | A | Interest | L | T | Open | 11/08/16 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/18/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SallieMae Bank Money Market | B | Interest | M | T | | | | | |
| 19. GE Capital Retail Bank CD n/k/a Synchrony Bank | A | Interest | M | T | | | | | |
| 20. GE Capital Retail Bank High Yield Savings n/k/a Synchrony Bank | A | Interest | K | T | | | | | |
| 21. GE Capital Retail Bank CD n/k/a Synchrony Bank | A | Interest | L | T | | | | | |
| 22. BBVA Compass Bank (various accounts and CD) | B | Interest | M | T | | | | | |
| 23. Brokerage account # 1 (H) | | | | | | | | | |
| 24. Anheuser-Busch (BUD) common stock | C | Dividend | M | T | Buy (add'l) | 10/24/16 | K | | |
| 25. Automatic Data Processing Inc (ADP) common stock | A | Dividend | K | T | | | | | |
| 26. Berkshire Hathaway Inc (BRKB) common stock | | None | N | T | Buy (add'l) | 07/07/16 | L | | |
| 27. Bristol Myers Squibb (BMY) common stock | B | Dividend | L | T | | | | | |
| 28. Coca-Cola (KO) common stock | A | Dividend | | | Sold | 01/12/16 | K | D | |
| 29. Davita Inc (DVA) common stocl | | None | M | T | Buy (add'l) | 10/10/16 | K | | |
| 30. Emerson Electric (EMR) common stock | B | Dividend | K | T | | | | | |
| 31. Exxon Mobil (XOM) common stock | B | Dividend | | | Sold | 06/14/16 | L | C | |
| 32. Hershey (HSY) common stock | B | Dividend | L | T | | | | | |
| 33. Johnson & Johnson (JNJ) common stock | B | Dividend | L | T | | | | | |
| 34. Kraft Heinz Co (KHC) common stock | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/18/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. LVMH Moet Hensy Louis Vutn Ord (LVMHF) common stock | A | Dividend | | | Sold | 06/14/16 | K | | |
| 36. Mc Donalds Corp (MCD) common stock | B | Dividend | L | T | | | | | |
| 37. Merck & Co Inc New Com (MRK) common stock | B | Dividend | | | Sold | 06/14/16 | L | C | |
| 38. Monsanto (MON) common stock | A | Dividend | K | T | | | | | |
| 39. Nestle SA (NSRGY) common stock | B | Dividend | L | T | | | | | |
| 40. Pepsico (PEP) common stock | C | Dividend | L | T | | | | | |
| 41. Pfizer Inc (PFE) common stock | B | Dividend | K | T | | | | | |
| 42. Procter & Gamble (PG) common stock | B | Dividend | L | T | | | | | |
| 43. Restaurant Brands Int'l Inc (QSR) common stock | A | Dividend | | | Sold | 06/14/16 | K | C | |
| 44. 3 M (MMM) common stock | A | Dividend | L | T | | | | | |
| 45. Wal Mart Stores (WMT) common stock | B | Dividend | | | Sold | 06/14/16 | K | D | |
| 46. Walt Disney Co Hldg Co (DIS) common stock | | None | M | T | Buy | 09/16/16 | M | | |
| 47. Whitewave Foods Corp (WWAV) common stock | | None | K | T | | | | | |
| 48. Brokerage Account # 2 (H) | | | | | | | | | |
| 49. Conoco Phillips (COP) common stock | A | Dividend | J | T | | | | | |
| 50. Phillips 66 Com (PSX) common stock | A | Dividend | J | T | | | | | |
| 51. MS Liquid Asset Fund (money market account) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/18/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Brokerage Account # 3 (H) | | | | | | | | | |
| 53. ABBVIE Inc (ABBV) common stock | A | Dividend | K | T | Buy (add'l) | 02/22/16 | J | | |
| 54. Altria Group Inc. (MO) common stock | A | Dividend | K | T | Buy (add'l) | 05/02/16 | J | | |
| 55. AMN Elec Power Co (AEP) common stock | A | Dividend | K | T | Buy (add'l) | 05/02/16 | J | | |
| 56. Anheuser-Busch (BUD) common stock | | None | | | Sold | 02/22/16 | K | | |
| 57. Astrazeneca (AZN) common stock | B | Dividend | | | Sold | 12/20/16 | K | | |
| 58. AT&T Inc (T) common stock | A | Dividend | K | T | Buy (add'l) | 11/10/16 | J | | |
| 59. Automatic Data Processing (ADP) common stock | A | Dividend | K | T | Buy (add'l) | 05/02/16 | J | | |
| 60. Carnival Corp Paired SHS (CCL) common stock | A | Dividend | J | T | Buy | 09/09/16 | J | | |
| 61. CME Group Inc (CME) common stock | A | Dividend | J | T | Buy | 11/15/16 | J | | |
| 62. Century Link Inc (CTL) common stock | B | Dividend | | | Sold | 11/10/16 | K | | |
| 63. Coca Cola Co (KO) common stock | A | Dividend | K | T | | | | | |
| 64. Conoco Phillips (COP) common stock | | None | | | Sold | 02/22/16 | J | | |
| 65. Digital Realty TR Inc (DLR) common stock | B | Dividend | K | T | | | | | |
| 66. Dominion Resources Inc New Va (D) common stock | A | Dividend | K | T | Buy (add'l) | 05/02/16 | J | | |
| 67. Eli Lily & Co (LLY) common stock | A | Dividend | | | Sold | 02/22/16 | K | A | |
| 68. Exxon Mobil Corp (XOM) common stock | A | Dividend | | | Buy | 02/22/16 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/18/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 08/01/16 | K | B | |
| 70. General Electric (GE) common stock | A | Dividend | K | T | Buy (add'l) | 05/02/16 | J | | |
| 71. Intel Corp (INTC) common stock | A | Dividend | K | T | Buy (add'l) | 05/02/16 | J | | |
| 72. International Business Machines (IBM) common stock | | None | K | T | Buy | 11/10/16 | K | | |
| 73. Kimberly Clark (KMB) common stock | A | Dividend | K | T | Buy (add'l) | 05/02/16 | J | | |
| 74. Kraft Foods Group Inc (KRFT) common stock | A | Dividend | K | T | Buy (add'l) | 02/22/16 | J | | |
| 75. Lockheed Martin Corp | A | Dividend | K | T | Sold (part) | 11/10/16 | J | B | |
| 76. McDonalds Corp (MCD) common stock | A | Dividend | K | T | Buy (add'l) | 02/22/16 | J | | |
| 77. Metlife Inc. (MET) common stock | | None | K | T | Buy | 11/10/16 | K | | |
| 78. Occidental Pete Corp Cal (OXY) common stock | A | Dividend | | | Sold | 12/20/16 | K | | |
| 79. Paccar Inc (PCAR) common stock | B | Dividend | K | T | Sold (part) | 11/10/16 | J | B | |
| 80. Pfizer Inc (PFE) common stock | A | Dividend | K | T | Buy | 02/22/16 | K | | |
| 81. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 82. Philip Morris Intl Inc (PM) common stock | A | Dividend | K | T | Buy (add'l) | 11/10/16 | J | | |
| 83. PPL Corporation (PPL) common stock | A | Dividend | K | T | Buy (add'l) | 02/22/16 | J | | |
| 84. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 85. Procter & Gamble Co common stock | A | Dividend | K | T | Sold (part) | 11/10/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/18/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Royal Dutch Shel PlC Spons ADR B (RDSB) common stock | A | Dividend | K | T | Buy | 08/01/16 | K | | |
| 87. | | | | | | | | | |
| 88. Spectra Energy Corp (SE) common stock | B | Dividend | K | T | Sold (part) | 11/10/16 | J | B | |
| 89. Thomson Reuters Corp (TRI) common stock | A | Dividend | J | T | Buy (add'l) | 02/22/16 | J | | |
| 90. Toronto Dominion Bank (TD) common stock | A | Dividend | J | T | Buy (add'l) | 02/22/16 | J | | |
| 91. | | | | | Sold (part) | 11/10/16 | J | A | |
| 92. Ventas Inc (VTR) common stock | B | Dividend | K | T | Buy (add'l) | 02/22/16 | J | | |
| 93. | | | | | Sold (part) | 11/10/16 | J | | |
| 94. Verizon Comm (VZ) common stock | B | Dividend | K | T | Buy (add'l) | 05/02/16 | J | | |
| 95. | | | | | Sold (part) | 11/10/16 | J | | |
| 96. First TR Utilities Alphadex Fund (FXU) | A | Dividend | K | T | | | | | |
| 97. First TR Financials Alphadex Fund (FXO) | A | Dividend | J | T | | | | | |
| 98. First TR Industrial PRDCR Durables Alphadex Fund (FXR) | A | Dividend | | | Donated | | | | |
| 99. Ishares MSCI Sweden (EWD) | | None | | | Sold | 02/22/16 | J | | |
| 100. Ishares US Telecommunications ETF (IYZ) | A | Dividend | K | T | | | | | |
| 101. IShares MSCI EAFE Index Fund (EFA) | B | Dividend | L | T | | | | | |
| 102. Ishares MSCI Emerging Mkts (EEM) | A | Dividend | | | Sold | 12/20/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/18/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. IShares Trust Dow Jones US Real Estate Index Fund (IYR) | A | Dividend | K | T | | | | | |
| 104. Ishares MSCI United Kingdom (EWU) | | None | | | Sold | 02/22/16 | J | | |
| 105. Sector SPDR Energy (XLE) | A | Dividend | | | Sold | 11/10/16 | J | | |
| 106. SPDR S P World Ex US (GWL) | | None | | | Sold | 02/22/16 | K | A | |
| 107. SPDR Series Trust shares (XTL) | A | Dividend | K | T | | | | | |
| 108. Vanguard Small Cap Value ETF (VBR) | B | Dividend | L | T | | | | | |
| 109. Vanguard Small Cap Growth ETF (VBK) | A | Dividend | L | T | | | | | |
| 110. Vanguard Value ETF (VTV) | C | Dividend | M | T | | | | | |
| 111. Vanguard Growth ETF (VUG) | C | Dividend | M | T | | | | | |
| 112. Vanguard Information Tech ETF (VGT) | A | Dividend | K | T | | | | | |
| 113. Wisdomtree Trust Japan Hedged Equity FD (DXJ) | | None | | | Sold | 02/22/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Houser, Barbara J. | 04/18/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Parat VII, line 5 - This trust has no assets.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Barbara J. Houser**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544